No. 02–1779. SEINFELD *v.* BARTZ ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. 

No. 02–1796. DAVIS *v.* UNITED STATES. C. A. 11th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 02–1814. GARDNER *v.* UNITED STATES. C. A. 9th Cir. Motion of Paragon Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied. 

No. 02–1847. INTERNATIONAL BUSINESS MACHINES CORP. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition. 

No. 02–1867. FLORIDA *v.* MOODY. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied. 

No. 02–11058. SPEARS *v.* UNITED STATES; and
No. 02–11105. VAN BRANCH, AKA MACELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of these petitions. Reported below: 60 Fed. Appx. 671.

No. 02–11169. PERRY *v.* MORRISON, WARDEN. C. A. 6th Cir. Certiorari before judgment denied.

No. 02–11232. BROWN *v.* HAMLET, WARDEN. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 03–66. KISKA CONSTRUCTION CORPORATION-USA ET AL. *v.* WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY. C. A. D. C. Cir. Motion of General Contractors Assocation of New York, Inc., for leave to proceed *in forma pauperis* granted. Certiorari denied. 